NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REX T. NELSON,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2010-3152

---

Petition for review of the Merit Systems Protection Board in case no. CH0752080811-I-2.

---

## ON MOTION

---

## ORDER

Rex T. Nelson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 1 0 2010
_____
Date

/s/ Jan Horbaly___
Jan Horbaly

Clerk

cc:  Rex T. Nelson
     Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 0 2010

JAN HORBALY
CLERK